## CIRCUIT COURT OF FAIRFAX COUNTY

Mack Enterprises, Inc.

v.

Phebe B. Payne

April 11, 2001

Case No. (Law) 192006

BY JUDGE JONATHAN C. THACHER

On March 2, 2001, the Court took Defendant's Demurrer under advisement. For the reasons stated below, Defendant's Demurrer is sustained and Plaintiff's Motion for Judgment is dismissed with prejudice.

On November 27, 2000, Plaintiff filed its Motion for Judgment in the present action and asserted that Defendant negligently operated the vehicle she was driving so as to cause a collision with Plaintiff's tow truck, while being driven by Plaintiff's employee. Plaintiff alleges that Defendant is liable to Plaintiff in the amount of $21,150.00 for the loss of use of the tow truck, lost revenue and profits, and loss of its employee's services. On December 14, 2000, Defendant filed its demurrer alleging that Plaintiff's asserted damages are not actionable.

A party not in privity may not recover damages for negligence where there is no physical injury to person or property alleged. *See e.g., Blake Const. v. Alley*, 233 Va. 31, 353 S.E.2d 724 (1987) (finding that § 8.01-223 does not eliminate the privity requirement in a tort action for economic loss); *Leesburg Auto Center v. Leo Const. Co.*, 45 Va. Cir. 102 (1997) (stating the common law rule).

Defendant's Demurrer is sustained, and Plaintiff's Motion for Judgment is dismissed with prejudice.